John A. Amos, Appellant, v. Arthur A. Helwig, Appellee.

Gen. No. 47,292. 

First District, First Division.
September 29, 1958.
Released for publication October 23, 1958.

 William
T. Kirby and George D. Sullivan, Jr. for plaintiff-appellant;
James C. Leaton, Spencer E. Irons, McKinney, Leaton & Smalley,
for defendant-appellee. Opinion by PRESIDING JUSTICE
McCORMICK. Not to be published in full.